UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DA-NA ALLEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00075 |
| | § | |
| BRYAN COLLIER, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On April 18, 2023, United States Magistrate Judge Julie K. Hampton issued a "Memorandum and Recommendation" (M&R, D.E. 12), recommending that this action be dismissed. Petitioner was provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 12), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Allen's petition is construed as a 28 U.S.C. § 2254 petition

and is **DISMISSED** pursuant to the screening provisions in Rule 4 of the Rules Governing Section 2254 Cases. In the event that Petitioner requests a certificate of appealability, that request is **DENIED**.

**ORDERED** on June 1, 2023.

*[signature: Nelva Gonzales Ramos]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE